## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRUSH CREEK AIRPORT, LLC, | ) | Case No. 14-14630-MER |
| EIN: 84-1180865 | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

### MOVANT'S LIST OF WITNESSES AND EXHIBITS FOR FINAL HEARING ON JOINT MOTION TO CONVERT CASE TO CHAPTER 7

Buckhorn Ranch Association, Inc. ("Movant") through its counsel, Onsager | Guyerson | Fletcher | Johnson LLC, hereby designates the following witnesses and exhibits for the final hearing on Joint Motion to Convert Case to Chapter 7 set to commence on December 15, 2015, at 9:30 a.m. in Courtroom C.

### WITNESSES

Movant **may call** the following witnesses:

1. Morgan Weinberg, or another representative of the Buckhorn Ranch Association, Inc., c/o Elizabeth P. Appleton, P.C., PO Box 234, 115 Elk Ave., Ste. E, Crested Butte, Colorado 81224, (970) 349-6454, will testify as to all unpaid HOA dues, fees, costs and late charges, and the recorded Declarations and Bylaws of Buckhorn Ranch.

2. Mr. Richard Landy, managing member of the Debtor, 9618 E. Maplewood Circle, Greenwood Village, Colorado, 80111, may be called as an adverse witness.

1. Any witness necessary for rebuttal purposes, including adverse and expert witnesses.

2. Any witness endorsed by the other party.

### EXHIBITS

Movant intends to introduce as exhibits at trial those exhibits enumerated in Attachment 1, attached hereto and incorporated herein.

Dated:  November 24, 2015                    Respectfully submitted,

                                             ONSAGER | GUYERSON | FLETCHER | JOHNSON

                                              s/ Michael J. Guyerson
                                             Michael J. Guyerson, #11279
                                             1801 Broadway, Suite 900
                                             Denver, Colorado 80202
                                             Ph: (303) 512-1123
                                             Fax: (303) 512-1129
                                             mguyerson@OGFJ-law.com


                                             *Attorneys for Buckhorn Ranch Association, Inc.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRUSH CREEK AIRPORT, LLC, | ) | Case No. 14-14630-MER |
| EIN: 84-1180865 | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

## ATTACHMENT 1
## MOVANT'S EXHIBIT LIST

Submitted by: Movant, Buckhorn Ranch Association, Inc.

In connection with: Movant, Buckhorn Ranch Associations Inc.'s Joint Motion to Convert Case to Chapter 7 Hearing

| Exhibit Number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| 1 | Recorded Declaration of Protective Covenants of Buckhorn Ranch | | | |
| 2 | Current Unpaid Dues, Fees, Costs and Late Charges | | | |
| 3 | Pre-petition Unpaid Dues, Fees, Costs and Late Charges | | | |
| 4 | Order on Motion for Relief from the Automatic Stay for Community Banks of Colorado | | | |
| 5 | Proof of Claim No. 8 filed by Buckhorn Ranch Association, Inc. | | | |
| 6 | Development Improvements Agreement-Gunnison County with Amendments | | | |
| 7 | David Baumgarten letter of May 27, 2014, regarding Buckhorn Ranch Chip Sealing-Filings 1 and 2A | | | |
| 8 | Brush Creek Airport Statement January 19, 2012 | | | |
| 9 | Court should take Judicial Notice of all Monthly Operating Reports filed by the Debtor | | | |
| 10 | Composite Exhibit-Gunnison County PT Foreclosure Sale Public Records, Sale No. 2014-004 | | | |
| 11 | Transcript of Hearing 9/24/15 | | | |

| 12 | Docket Sheet from Gunnison County Civil Action No. 15 CV 30054 | | | |
| 13 | Stipulated Temporary Restraining Order dated 8/25/15, Gunnison County Civil Action No. 15 CV 30054 | | | |
| 14 | Debtor's Reply to Discovery Requests dated 11/10/15 | | | |
| 15 | Debtor's Amended Schedules and Statement of Financial Affairs (Docket No. 8) | | | |
| 16 | Transcript of 7/31/14 hearing | | | |
| | Any exhibit endorsed by the other party | | | |
| | Any exhibit necessary for rebuttal purposes | | | |

## CERTIFICATE OF SERVICE

I certify that on November 24, 2015, a copy of the forgoing **Movant's List of Witnesses and Exhibits for Final Hearing on Joint Motion to Convert Case to Chapter 7** was served by e-mail, hand delivery, and United States mail, postage prepaid, addressed to the following:

Harvey Sender
David Warner
Sender Wasserman
Wadsworth
1660 Lincoln St., Ste. 2200
Denver, CO 80264

Brush Creek Airport, LLC
9618 E. Maplewood Cir.
Greenwood Village, CO
80222

Alan Motes
US Trustee's Office
1961 Stout St., Ste. 12-200
Denver, CO 80294

Andrew W. Muller
1201 Walnut, Ste. 2900
Kansas City, MO 64106-2178

David M. Rich
Minor & Brown, P.C.
650 S. Cherry St., Ste. 1100
Denver, CO 80246-1801

s/ Barbara A. Moss