**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 14-14630 MER |
| BRUSH CREEK AIRPORT, LLC | ) |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**ORDER CONVERTING CASE TO CHAPTER 7**

THIS MATTER comes before the Court on the Status Report filed by the Debtor on December 14, 2015 at Docket No. 264. The Debtor states it consents to dismissal or conversion of this case to a case under Chapter 7. Based on its review of the record and the Joint Motion to Convert Case to Chapter 7 filed by Buckhorn Ranch Association, Inc. and Paul P. Guerrieri & Sons, Inc. and the joinder thereto filed by Community Banks of Colorado,

IT IS ORDERED the Debtor's statement is deemed a withdrawal of its response to the Joint Motion, and

IT IS FURTHER ORDERED the above-captioned Chapter 11 case is hereby converted to a case under Chapter 7.

Dated December 15, 2015      BY THE COURT:

_____
Michael E. Romero
United States Bankruptcy Judge