**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re: BRUSH CREEK AIRPORT, LLC               §          Case No. 14-14630   MER
                                              §
                                              §
                                              §
              Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David Lewis, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:    $0.00 | Assets Exempt:  N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants:    $290,681.78 | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration:    $621,330.39 | |

3) Total gross receipts of $912,012.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $912,012.17 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $4,491,320.15 | $4,520,768.01 | $255,180.31 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $507,832.63 | $507,832.63 | $507,832.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $113,497.76 | $113,497.76 | $113,497.76 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $239,175.30 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $342,077.15 | $5,485,904.99 | $5,019,220.61 | $290,681.78 |
| **TOTAL DISBURSEMENTS** | $5,072,572.60 | $10,628,003.39 | $5,895,731.31 | $912,012.17 |

4) This case was originally filed under chapter 7 on 04/10/2014, and it was converted to chapter 7 on 12/15/2015.  The case was pending for 62 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/03/2021

By: /s/ David Lewis

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1.522 AC TRACT SOUTH OF FENCE LINE S2S2NW4SW4 SE | 1110-000 | $1,500.00 |
| 14 BUCKHORN WAY, SKYLAND AREA LOT 11 BUCKHORN RA | 1110-000 | $165,000.00 |
| Upper East River Water Company, LLC 9618 E. Mapl | 1129-000 | $745,512.17 |
| **TOTAL GROSS RECEIPTS** | | **$912,012.17** |
| [1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes. | | |

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Gunnison County Colorado | 4700-000 | NA | $38,037.61 | $38,037.61 | $0.00 |
| 2 | Gunnison County, CO At Trezise, Deputy County Attorney | 4700-000 | NA | $202,750.66 | $202,750.66 | $0.00 |
| 5 | Jennifer Knox | 4110-000 | NA | $14,392.04 | $14,392.04 | $0.00 |
| 6 | Brian Landy | 4110-000 | $228,600.00 | $237,926.74 | $0.00 | $0.00 |
| 7S | Paul P. Guerrieri & Son, Inc. David M. Rich, Esq. | 4110-000 | $500,000.00 | $477,272.71 | $0.00 | $0.00 |
| 8 | Buckhorn Ranch Association, Inc. c/o Elizabeth P. Appleton, P.C. | 4110-000 | NA | $216,049.86 | $0.00 | $0.00 |
| 13 | LSC Buckhorn Colorado, LLC c/o Andrew W. Muller Stinson Leonard Street LLP | 4110-000 | NA | $1,807,294.83 | $0.00 | $0.00 |
| 14 | LSC Buckhorn Colorado, LLC c/o Andrew W. Muller Stinson Leonard Street LLP | 4110-000 | NA | $970,959.17 | $0.00 | $0.00 |
| 15 | LSC Buckhorn Colorado, LLC c/o Andrew W. Muller Stinson Leonard Street LLP | 4110-000 | NA | $72,399.46 | $0.00 | $0.00 |
| 16 | Elaine Franklin c/o Glenn W. Merrick | 4110-000 | NA | $483,684.93 | $0.00 | $0.00 |
| N/F | Bank Midwest N.A. d/b/a Community Banks Of Colorado | 4110-000 | $659,217.74 | NA | NA | NA |
| N/F | Bank Midwest N.A. d/b/a Community Banks Of Colorado | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Bank Midwest N.A. d/b/a Community Banks Of Colorado | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Bank Midwest, A Division Of NBH Bank, NA Jon J. Walker 11111 | 4110-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|-----|-----------------------------------------------------------------------|----------|----------------|----------------|--------------|-----------|
| N/F | Bank Midwest, A Division Of NBH Bank, NA Jon J. Walker 11111 | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Bank Midwest, A Division Of NBH Bank, NA Jon J. Walker 11111 | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Community Banks Of Colorado C/O Reg. Agent Kathy Sisneros | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Community Banks Of Colorado C/O Reg. Agent Kathy Sisneros | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Community Banks Of Colorado C/O Reg. Agent Kathy Sisneros | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Elaine Franklin 18745 Meadowlark Ct. | 4110-000 | $483,684.93 | NA | NA | NA |
| N/F | Landy Enterprises Inc. | 4110-000 | $64,872.00 | NA | NA | NA |
| N/F | Marlene F. Landy Marital Trust | 4110-000 | $882,490.19 | NA | NA | NA |
| N/F | NBH Bank, N.A. | 4110-000 | $0.00 | NA | NA | NA |
| N/F | NBH Bank, N.A. | 4110-000 | $0.00 | NA | NA | NA |
| N/F | NBH Bank, N.A. | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Richard A. Landy | 4110-000 | $1,672,455.29 | NA | NA | NA |
| | **TOTAL SECURED** | | **$4,491,320.15** | **$4,520,768.01** | **$255,180.31** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David Lewis | 2100-000 | NA | $48,850.61 | $48,850.61 | $48,850.61 |
| Trustee, Expenses - David Lewis | 2200-000 | NA | $416.13 | $416.13 | $416.13 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $700.00 | $700.00 | $700.00 |
| Fees, United States Trustee | 2950-000 | NA | $324.20 | $324.20 | $324.20 |
| Bond Payments - INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $485.15 | $485.15 | $485.15 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $200.41 | $200.41 | $200.41 |
| Insurance - Caine & Weiner Company Successor John S. Puein | 2420-750 | NA | $389.72 | $389.72 | $389.72 |
| Costs re Sale of Property - LAND TITLE GUARANTEE | 2500-000 | NA | -$5.00 | -$5.00 | -$5.00 |
| Costs re Sale of Property - LAND TITLE GUARANTEE COMPANY | 2500-000 | NA | $4,191.00 | $4,191.00 | $4,191.00 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $4,969.69 | $4,969.69 | $4,969.69 |
| Banking and Technology Service Fee - UNION BANK | 2600-000 | NA | $6,494.54 | $6,494.54 | $6,494.54 |
| Other State or Local Taxes (post-petition) - Gunnision County taxes | 2820-000 | NA | $722.43 | $722.43 | $722.43 |
| Other State or Local Taxes (post-petition) - Gunnison county | 2820-000 | NA | $1,083.90 | $1,083.90 | $1,083.90 |
| Other State or Local Taxes (post-petition) - LAND TITLE GUARANTEE COMPANY | 2820-000 | NA | $15,869.63 | $15,869.63 | $15,869.63 |
| Other Chapter 7 Administrative Expenses - Clerk and Recorder | 2990-000 | NA | $23.00 | $23.00 | $23.00 |
| Other Chapter 7 Administrative Expenses - Gunnison county | 2990-000 | NA | $80.00 | $80.00 | $80.00 |
| Other Chapter 7 Administrative Expenses - Elaine E. Franklin Trust c/o Shaun A. Christensen | 2990-000 | NA | $16,500.00 | $16,500.00 | $16,500.00 |
| Attorney for Trustee Fees (Other Firm) - SPENCER FANE LLP | 3210-000 | NA | $338,927.00 | $338,927.00 | $338,927.00 |
| Attorney for Trustee Expenses (Other Firm) - SPENCER FANE LLP | 3220-000 | NA | $8,222.37 | $8,222.37 | $8,222.37 |
| Accountant for Trustee Fees (Other Firm) - KAPLAN & ASSOCIATES, PC | 3410-000 | NA | $49,220.50 | $49,220.50 | $49,220.50 |

| | | | | | |
|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) - KAPLAN & ASSOCIATES, PC | 3420-000 | NA | $267.35 | $267.35 | $267.35 |
| Realtor for Trustee Fees (Real Estate Commissions) - LAND TITLE GUARANTEE COMPANY | 3510-000 | NA | $9,900.00 | $9,900.00 | $9,900.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$507,832.63** | **$507,832.63** | **$507,832.63** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - SENDER & WASSERMAN | 6210-000 | NA | $102,951.51 | $102,951.51 | $102,951.51 |
| Prior Chapter Accountant for Trustee/DIP Expenses (Other Firm) - Louise's Tax Prep | 6420-000 | NA | $10,546.25 | $10,546.25 | $10,546.25 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$113,497.76** | **$113,497.76** | **$113,497.76** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Francis And Earl Partch 301 S. 2nd St. | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Gunnison Count y Treasurer 221 N. Wisconsin | 5600-000 | $239,175.30 | NA | NA | NA |
| N/F | James Clark | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Jennifer Knox | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Ray Werner 16155 D 25 Rd. | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$239,175.30** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Robinson Waters & O'Dorisio, P.C. Attn: Brian A. Magoon, Esq. | 7100-000 | $73,000.00 | $75,254.85 | $75,254.85 | $4,358.29 |
| 4 | Community Banks of Colorado, a division of NBH Bank N.A. c/o Andrew W. Muller Stinson Leonard Street LLP | 7100-000 | NA | $5,098,447.59 | $4,903,893.04 | $284,002.73 |
| 7U | Paul P. Guerrieri & Son, Inc. David M. Rich, Esq. | 7100-000 | NA | $262,538.08 | $0.00 | $0.00 |
| 9 | Gunnison Valley Survey, LLC C/O Reg. Agent Frederick A. Ballard | 7100-000 | NA | $2,573.75 | $2,573.75 | $149.06 |
| 11 | Elaine Rosenberg Trust c/o Craig Rosenberg | 7100-000 | $37,425.00 | $37,498.97 | $37,498.97 | $2,171.70 |
| 12 | Gunnison Valley Survey, LLC C/O Reg. Agent Frederick A. Ballard | 7100-000 | $2,573.75 | $2,573.75 | $0.00 | $0.00 |
| 18 | Louise Wright | 7200-000 | NA | $1,768.00 | $0.00 | $0.00 |
| 19 | Louise Wright | 7200-000 | $4,420.00 | $5,250.00 | $0.00 | $0.00 |
| N/F | 5280 Accounting Services, LLC Dba The Wright Way | 7100-000 | $2,090.00 | NA | NA | NA |
| N/F | Buckhorn Ranch Association, Inc. C/O Reg. Agent Elizabeth P. | 7100-000 | $200,976.40 | NA | NA | NA |
| N/F | Karsh Fulton Gabler Joseph, P.C. Alan Karsh 950 So. Cherry S | 7100-000 | $6,000.00 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Matzen & Fesler, P.C. C/O Reg. Agent Amy L. Matzen | 7100-000 | $1,095.00 | NA | NA | NA |
| N/F | O'Hayre, Dawson & Norris, P.C. 120 N. Taylor St. | 7100-000 | $2,022.00 | NA | NA | NA |
| N/F | William Ramlow 1308 Overhill Rd. | 7100-000 | $12,475.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$342,077.15** | **$5,485,904.99** | **$5,019,220.61** | **$290,681.78** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8

Page: 1

**Case No.:**  14-14630  MER

**Case Name:**  BRUSH CREEK AIRPORT, LLC

**For Period Ending:**  02/03/2021

**Trustee Name:**  (260220) David Lewis

**Date Filed (f) or Converted (c):**  12/15/2015 (c)

**§ 341(a) Meeting Date:**  01/13/2016

**Claims Bar Date:**  06/20/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1.522 AC TRACT SOUTH OF FENCE LINE S2S2NW4SW4 SE<br><br>Adjacent owner is asserting ownership rights from adverse possession and related theories.<br>LARGE NUMBER OF VOIDED ASSETS following this one due to the fact that this case began as Chapter 11, these properties were foreclosed during Chapter 11, following conversion all orginial Assets were inported into system, but guidelines suggest that only remaining assets belong in Chapter 7 Form 1. | 0.00 | 1.00 | | 1,500.00 | FA |
| 2 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 3 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 4 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 5 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 6 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 7 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 8 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 9 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 10 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 14 BUCKHORN WAY, SKYLAND AREA LOT 11 BUCKHORN RA<br>Sold | 659,217.74 | 0.00 | | 165,000.00 | FA |
| 12 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 14 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 15 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 16 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 17 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 18 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 19 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 20 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 21 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 22 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 23 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 14-14630 MER
**Case Name:** BRUSH CREEK AIRPORT, LLC

**Trustee Name:** (260220) David Lewis
**Date Filed (f) or Converted (c):** 12/15/2015 (c)
**§ 341(a) Meeting Date:** 01/13/2016

**For Period Ending:** 02/03/2021

**Claims Bar Date:** 06/20/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 25 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 26 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 27 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 28 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 29 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 30 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 31 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 32 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 33 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 34 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 35 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 36 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 37 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 38 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 39 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 40 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 41 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 42 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 43 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 44 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 45 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 46 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 47 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 48 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 49 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 50 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 51 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8

Page: 3

**Case No.:**  14-14630  MER

**Case Name:**  BRUSH CREEK AIRPORT, LLC

**For Period Ending:**  02/03/2021

**Trustee Name:**  (260220) David Lewis

**Date Filed (f) or Converted (c):**  12/15/2015 (c)

**§ 341(a) Meeting Date:**  01/13/2016

**Claims Bar Date:**  06/20/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 52 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 53 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 54 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 55 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 56 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 57 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 58 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 59 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 60 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 61 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 62 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 63 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 64 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 65 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 66 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 67 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 68 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 69 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 70 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 71 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 72 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 73 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 74 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 75 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 76 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 77 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 78 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 79 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 4

**Case No.:** 14-14630  MER

**Case Name:**  BRUSH CREEK AIRPORT, LLC

**For Period Ending:**  02/03/2021

**Trustee Name:**  (260220) David Lewis

**Date Filed (f) or Converted (c):**  12/15/2015 (c)

**§ 341(a) Meeting Date:**  01/13/2016

**Claims Bar Date:**  06/20/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 80 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 81 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 82 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 83 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 84 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 85 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 86 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 87 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 88 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 89 | Bank of the West Account Community Banks of Colo | 0.00 | 0.00 | | 0.00 | FA |
| 90 | Southwest Aviation General Liability Policy for | 0.00 | 1.00 | | 0.00 | FA |
| 91 | Upper East River Water Company, LLC 9618 E. Mapl<br><br>Liquidation value will consist of value to be obtained from sale of water company assets and cash in this entities bank accounts, less legitimate claims against this entity. Estate has claim against former manager or transferees of funds from water company that were not authorized. | Unknown | 1.00 | | 745,512.17 | FA |
| 92 | Accounts receivable from Brookside Custo Chip se | 0.00 | 1.00 | | 0.00 | FA |
| 93 | Eight fishing and recreational memberships with<br><br>Contested rights possibly running with the land | 0.00 | 1.00 | | 0.00 | FA |
| 94 | Lot 3, Buckhorn Ranch Filing No. 1 (u)<br><br>Belongs to Bryan Landy. Adversary proceeding commenced. Pending settlement. Effect of settlement would recognize Bryan's security interest and he will presumably foreclose. Until property is foreclosed or property is abandoned it is not "fully administered" although no recovery is likely. | 0.00 | 0.00 | | 0.00 | FA |
| 95 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 96 | Lot 102A, Buckhorn Ranch Filing No. 2B (u)<br><br>Security interest held by Eileen Landy. Settlement in Adv. Pro. 16-1264 MER dropped challenge to her security interest partly because land lacked water and therefore lacked value. After settling she now asserts rights against water company to have her lot served. | 0.00 | 0.00 | | 0.00 | FA |
| 97 | Lot 102B, Buckhorn Ranch Filing No. 2B (u)<br><br>Land conveyed to Buckhorn Ranch HOA as part of sale of Water Company and its assets. | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8

Page: 5

**Case No.:** 14-14630  MER

**Case Name:** BRUSH CREEK AIRPORT, LLC

**For Period Ending:** 02/03/2021

**Trustee Name:** (260220) David Lewis

**Date Filed (f) or Converted (c):** 12/15/2015 (c)

**§ 341(a) Meeting Date:** 01/13/2016

**Claims Bar Date:** 06/20/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 98 | Lot M3-11, Buckhorn Ranch Filing No. 2B (u)<br>Land conveyd to LSC Buckhorn Colorado LLC, an entity created by Community Banks of Colorado to take title as part of settlement of bank's security interest in the water company and other assets. | 0.00 | 0.00 | | 0.00 | FA |
| 99 | Lot M2-62, Buckhorn Ranch Filing No. 2B (u)<br>See Asset 98 - conveyed to LSC Buckhorn as part of settlement | 0.00 | 0.00 | | 0.00 | FA |
| 100 | Lot M2-63, Buckhorn Ranch Ranch Filing No. 2B (u)<br>See Asset #98 land conveyed to LAC Buckhorn as part of settlement. | 0.00 | 0.00 | | 0.00 | FA |
| 101* | Lot 11, Buckhorn Ranch Filing No. 2A (u) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 102* | 5.37 Acres ("outside the fence") (u)<br>This may have some value simply to quiet title in the name of party asserting an interest by adverse possession (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 103 | Two utility easements and roads (u)<br>These real property interests have no market value  But until they are transferred or abandoned they are not administered. | 0.00 | 0.00 | | 0.00 | FA |
| **103** | **Assets Totals (Excluding unknown values)** | **$659,217.74** | **$5.00** | | **$912,012.17** | **$0.00** |

RE PROP# 101    This is a duplicate of asset #11 above, this property is also know as 14 Buckhorn Way and was sold as noted above.

RE PROP# 102    Costs outweigh value for collection

**Major Activities Affecting Case Closing:**

Real estate either foreclosed or sold for Bk estate.
11/20/2020 NFR filed with objection deadline of 12/11.
88 lots listed on original schedules had been foreclosed before conversion to Chapter 7 with some exceptions. Values were wildly incorrect.  There was never anthing approaching $57 million in value.

**Initial Projected Date Of Final Report (TFR):** 12/30/2017        **Current Projected Date Of Final Report (TFR):** 11/13/2020 (Actual)

| 02/03/2021 | /s/David Lewis |
|---|---|
| Date | David Lewis |

## Form 2

## Cash Receipts And Disbursements Record

**Exhibit 9**

Page: 1

| Case No.: | 14-14630   MER | Trustee Name: | David Lewis (260220) |
|---|---|---|---|
| Case Name: | BRUSH CREEK AIRPORT, LLC | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***0865 | Account #: | ******5582 Checking Account |
| For Period Ending: | 02/03/2021 | Blanket Bond (per case limit): | $54,420,450.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/06/18 | {91} | UPPER EAST RIVER WATER CO., LLC | Liquidation of bank accounts | 1129-000 | 224,686.17 | | 224,686.17 |
| 09/10/18 | | GUNNISON COUNTY ABSTRACT CO. | Sale proceeds | | 448,090.67 | | 672,776.84 |
| | | Gunnision County taxes | tax proration  -$722.43 | 2820-000 | | | |
| | | Clerk and Recorder | recording fee  -$23.00 | 2990-000 | | | |
| | | Gunnison county | recording fee  -$80.00 | 2990-000 | | | |
| | | Gunnison county | 2017 Real property taxes  -$1,083.90 | 2820-000 | | | |
| | {91} | | proceeds from sale of water company  $450,000.00 | 1129-000 | | | |
| 09/28/18 | | LAND TITLE GUARANTEE COMPANY | Real estate proceeds | | 135,039.37 | | 807,816.21 |
| | | | Realtor commission  -$4,950.00 | 3510-000 | | | |
| | | | Realtor commission  -$4,950.00 | 3510-000 | | | |
| | | | 2013, 2014, 2015, 2016 past due tax  -$10,551.33 | 2820-000 | | | |
| | | | Current year property taxes  -$2,181.16 | 2820-000 | | | |
| | | | Previous year property taxes  -$3,137.14 | 2820-000 | | | |
| | | | Water and sewer transfer fee  -$100.00 | 2500-000 | | | |
| | | | HOA assessment held in escrow  -$2,800.00 | 2500-000 | | | |
| | | | HOA transfer fee to property mgmt  -$225.00 | 2500-000 | | | |
| | | | HOA lien release recording fee  -$18.00 | 2500-000 | | | |
| | | | Escrow set up fee to Land Title  -$50.00 | 2500-000 | | | |
| | | | Closing fee to Land Title  -$60.00 | 2500-000 | | | |
| | | | Delivery charges to Lane Title  -$22.00 | 2500-000 | | | |
| | | | Title insurance  -$916.00 | 2500-000 | | | |

Page Subtotals: **$807,816.21**  **$0.00**

# Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 2

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 14-14630  MER | | **Trustee Name:** | | David Lewis (260220) | |
| **Case Name:** | BRUSH CREEK AIRPORT, LLC | | **Bank Name:** | | UNION BANK | |
| **Taxpayer ID #:** | **-***0865 | | **Account #:** | | ******5582 Checking Account | |
| **For Period Ending:** | 02/03/2021 | | **Blanket Bond (per case limit):** | | $54,420,450.00 | |
| | | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|---|---|---|---|---|---|---|---|
| | {11} | | Real estate proceeds $165,000.00 | 1110-000 | | | |
| 10/10/18 | | LAND TITLE GUARANTEE | Refund recording fee | 2500-000 | | -5.00 | 807,821.21 |
| 10/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 688.22 | 807,132.99 |
| 11/02/18 | 300001 | SPENCER FANE LLP | ATTORNEY EXPENSE | | | 265,666.15 | 541,466.84 |
| | | SPENCER FANE LLP | Fees $260,000.00 | 3210-000 | | | |
| | | SPENCER FANE LLP | Expenses $5,666.15 | 3220-000 | | | |
| 11/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 1,200.43 | 540,266.41 |
| 12/03/18 | 300002 | INTERNATIONAL SURETIES, LTD | Bond Premium Payment | 2300-000 | | 485.15 | 539,781.26 |
| 12/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 829.48 | 538,951.78 |
| 01/16/19 | 300003 | DAMON KAPLAN | accountant expenses 5500 Greenwood Plaza Blvd., Suite 100 Greenwood Village, CO 80111 | | | 38,401.35 | 500,550.43 |
| | | KAPLAN & ASSOCIATES, PC | Fees $38,285.50 | 3410-000 | | | |
| | | KAPLAN & ASSOCIATES, PC | Expenses $115.85 | 3420-000 | | | |
| 01/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 802.18 | 499,748.25 |
| 02/21/19 | {91} | GUNDZIK FAMILY, LLC | Funds recover transf prev Mgr | 1129-000 | 1,256.00 | | 501,004.25 |
| 02/21/19 | {91} | M.S. GERSHTENSON | Funds recov transf prev Mgr | 1129-000 | 1,700.00 | | 502,704.25 |
| 02/21/19 | {91} | BRUSH CREEK AIRPORT, LLC | Funds recover transf prev Mgr | 1129-000 | 4,210.00 | | 506,914.25 |
| 02/21/19 | {91} | DR. GEORGE FISCHER & JOAN FISCHER | Funds deposited to wrong case | 1129-000 | 1,477.00 | | 508,391.25 |
| 02/21/19 | {91} | CHARLES M. BAKER | Funds recover transf prev Mgr | 1129-000 | 1,700.00 | | 510,091.25 |
| 02/21/19 | {91} | J.P. OR B.J. KERNS | Funds recover transf prev Mgr | 1129-000 | 628.00 | | 510,719.25 |
| 02/21/19 | {91} | S.H. OR J.A. KIPPUR | Funds recover transf prev Mgr | 1129-000 | 1,700.00 | | 512,419.25 |
| 02/21/19 | {91} | LOREEN & ROBERG YOUNGQUIST | Runds recover transf prev Mgr | 1129-000 | 850.00 | | 513,269.25 |
| 02/21/19 | {91} | DAVID A. "DUKE" KAMINSKY | Funds recover transf prev Mgr | 1129-000 | 1,700.00 | | 514,969.25 |
| 02/21/19 | {91} | DAVID A. KAMINSKY | Funds recover transf prev Mgr | 1129-000 | 1,256.00 | | 516,225.25 |
| 02/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 782.36 | 515,442.89 |
| 03/06/19 | {91} | IRA S. POLEVOY | Funds recover transf previous Mgr | 1129-000 | 1,700.00 | | 517,142.89 |
| 03/06/19 | {91} | SUSAN KRAKOW | Funds recover transf prev Mgr | 1129-000 | 708.00 | | 517,850.89 |
| 03/18/19 | {91} | CYNTHIA G. FRANKLIN | Funds recover transf prev Mgr | 1129-000 | 283.00 | | 518,133.89 |
| 03/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 676.27 | 517,457.62 |
| 04/11/19 | {91} | CRAIG S. ROSENBERG | Funds recover trans prev mgr | 1129-000 | 2,646.00 | | 520,103.62 |
| 04/25/19 | {91} | ELAINE E. FRANKLIN TRUST | Funds recover Trans prev mgr | 1129-000 | 628.00 | | 520,731.62 |
| 04/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 768.94 | 519,962.68 |
| 04/29/19 | {91} | ROBERT S. FRANKLIN | Funds recover transf prev mgr | 1129-000 | 566.00 | | 520,528.68 |
| 05/28/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 746.66 | 519,782.02 |

| | | | Page Subtotals: | | $23,008.00 | $311,042.19 | |

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                                                     ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

**Exhibit 9**

Page: 3

| Case No.: | 14-14630   MER | Trustee Name: | David Lewis (260220) |
|---|---|---|---|
| Case Name: | BRUSH CREEK AIRPORT, LLC | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***0865 | Account #: | ******5582 Checking Account |
| For Period Ending: | 02/03/2021 | Blanket Bond (per case limit): | $54,420,450.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/04/19 | | Metropolitan Commercial Bank | Wire Transfer To Fund New Bank Account | 9999-000 | | 519,782.02 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 830,824.21 | 830,824.21 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 519,782.02 | |
| | | Subtotal | | | 830,824.21 | 311,042.19 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $830,824.21 | $311,042.19 | |

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| Case No.: | 14-14630  MER | Trustee Name: | David Lewis (260220) |
|---|---|---|---|
| Case Name: | BRUSH CREEK AIRPORT, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0865 | Account #: | ******1367 Checking |
| For Period Ending: | 02/03/2021 | Blanket Bond (per case limit): | $54,420,450.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/04/19 | | Union Bank | Wire From Former Bank | 9999-000 | 519,782.02 | | 519,782.02 |
| 06/12/19 | {1} | Lacy & Dow, LLC | Sale proceeds | 1110-000 | 1,500.00 | | 521,282.02 |
| 06/27/19 | {91} | Gary E Friedman | Funds recover transf prev manager | 1129-000 | 566.00 | | 521,848.02 |
| 06/27/19 | {91} | Marlene Krakow | Funds recover transf manager | 1129-000 | 708.00 | | 522,556.02 |
| 06/27/19 | {91} | Felicia & Seymour Weiner | Funds recover transf prev manager | 1129-000 | 566.00 | | 523,122.02 |
| 07/01/19 | {91} | Juanita C Ramlow | Transf prev mgr | 1129-000 | 314.00 | | 523,436.02 |
| 07/01/19 | {91} | William A Ramlow | Transf prev mgr | 1129-000 | 314.00 | | 523,750.02 |
| 07/01/19 | {91} | Matthew A Landy | Transf prev mgr | 1129-000 | 3,393.00 | | 527,143.02 |
| 07/09/19 | {91} | Lawrence & Lee Hoffman | Transf prev mgr | 1129-000 | 426.00 | | 527,569.02 |
| 07/09/19 | {91} | Heller Family Trust | Transf prev mgr | 1129-000 | 849.00 | | 528,418.02 |
| 07/09/19 | {91} | Cave 76 LLC | Transf prev mgr | 1129-000 | 426.00 | | 528,844.02 |
| 07/09/19 | {91} | Cave 76 LLC | Transf prev mgr | 1129-000 | 1,884.00 | | 530,728.02 |
| 07/11/19 | {91} | PB&T Bank | Transf prev mgr | 1129-000 | 6,281.00 | | 537,009.02 |
| 07/29/19 | {91} | Samuel M & Anita B Chaplick | Transf prev mgr | 1129-000 | 1,700.00 | | 538,709.02 |
| 08/26/19 | {91} | DeWayne L Glenn | Transfer from previous manager | 1129-000 | 628.00 | | 539,337.02 |
| 08/27/19 | 101 | Caine & Weiner Company Successor John S. Puein | insurance premium | 2420-750 | | 389.72 | 538,947.30 |
| 09/03/19 | {91} | Dr Peter G Sendroy | Transfer prev mgr | 1129-000 | 1,700.00 | | 540,647.30 |
| 10/30/19 | {91} | Richard Landy | Settlement | 1129-000 | 27,269.00 | | 567,916.30 |
| 12/04/19 | 102 | Elaine E. Franklin 2000 Trust c/o Shaun A. Christensen | Payment of Settlement with claimant | 2990-000 | | 16,500.00 | 551,416.30 |
| 12/04/19 | 103 | International Sureties, Ltd. | Bond Premium for David Lewis Trustee cases Voided on 12/20/2019 | 2300-004 | | 273.11 | 551,143.19 |
| 12/20/19 | 103 | International Sureties, Ltd. | Bond Premium for David Lewis Trustee cases Voided: check issued on 12/04/2019 | 2300-004 | | -273.11 | 551,416.30 |
| 12/20/19 | 104 | SPENCER FANE LLP | attorney fees | 3210-000 | | 73,515.50 | 477,900.80 |
| 12/20/19 | 105 | SPENCER FANE LLP | attorneys expenses | 3220-000 | | 1,375.02 | 476,525.78 |
| 12/20/19 | 106 | International Sureties, Ltd. | Bond premium payment | 2300-000 | | 200.41 | 476,325.37 |
| 01/13/20 | {91} | Matthew Shwayder | Matthew Shwayder | 1129-000 | 794.00 | | 477,119.37 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 381.30 | 476,738.07 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 761.99 | 475,976.08 |
| 05/26/20 | 107 | SPENCER FANE LLP | Attny fees and expenses | | | 6,592.70 | 469,383.38 |
| | | SPENCER FANE LLP | attorney fees          $5,411.50 | 3210-000 | | | |
| | | SPENCER FANE LLP | attorney expenses          $1,181.20 | 3220-000 | | | |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 735.41 | 468,647.97 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 801.46 | 467,846.51 |

Page Subtotals:    $569,100.02    $101,253.51

## Form 2

### Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| Case No.: | 14-14630   MER | Trustee Name: | David Lewis (260220) |
| --- | --- | --- | --- |
| Case Name: | BRUSH CREEK AIRPORT, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0865 | Account #: | ******1367 Checking |
| For Period Ending: | 02/03/2021 | Blanket Bond (per case limit): | $54,420,450.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 772.71 | 467,073.80 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 721.66 | 466,352.14 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 795.16 | 465,556.98 |
| 10/02/20 | 108 | KAPLAN & ASSOCIATES, PC | accountants fees and expense | | | 11,086.50 | 454,470.48 |
| | | KAPLAN & ASSOCIATES, PC | accountant fees $10,935.00 | 3410-000 | | | |
| | | KAPLAN & ASSOCIATES, PC | accountant expenses $151.50 | 3420-000 | | | |
| 12/18/20 | 109 | Gunnison County Colorado | Distribution payment - Dividend paid at 100.00% of $38,037.61; Claim # 1; Filed: $38,037.61 Voided on 12/18/2020 | 4700-004 | | 38,037.61 | 416,432.87 |
| 12/18/20 | 109 | Gunnison County Colorado | Distribution payment - Dividend paid at 100.00% of $38,037.61; Claim # 1; Filed: $38,037.61 Voided: check issued on 12/18/2020 | 4700-004 | | -38,037.61 | 454,470.48 |
| 12/18/20 | 110 | Gunnison County, CO At Trezise, Deputy County Attorney | Distribution payment - Dividend paid at 100.00% of $202,750.66; Claim # 2; Filed: $202,750.66 Voided on 12/18/2020 | 4700-004 | | 202,750.66 | 251,719.82 |
| 12/18/20 | 110 | Gunnison County, CO At Trezise, Deputy County Attorney | Distribution payment - Dividend paid at 100.00% of $202,750.66; Claim # 2; Filed: $202,750.66 Voided: check issued on 12/18/2020 | 4700-004 | | -202,750.66 | 454,470.48 |
| 12/18/20 | 111 | Jennifer Knox | Distribution payment - Dividend paid at 100.00% of $14,392.04; Claim # 5; Filed: $14,392.04 Voided on 12/18/2020 | 4110-004 | | 14,392.04 | 440,078.44 |
| 12/18/20 | 111 | Jennifer Knox | Distribution payment - Dividend paid at 100.00% of $14,392.04; Claim # 5; Filed: $14,392.04 Voided: check issued on 12/18/2020 | 4110-004 | | -14,392.04 | 454,470.48 |
| 12/18/20 | 112 | Clerk of the Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $700.00; Claim # ADMIN; Filed: $700.00 Voided on 12/18/2020 | 2700-004 | | 700.00 | 453,770.48 |
| 12/18/20 | 112 | Clerk of the Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $700.00; Claim # ADMIN; Filed: $700.00 Voided: check issued on 12/18/2020 | 2700-004 | | -700.00 | 454,470.48 |
| 12/18/20 | 113 | David Lewis | Combined trustee compensation & expense dividend payments. Voided on 12/18/2020 | | | 49,266.74 | 405,203.74 |
| | | David Lewis | Claims Distribution - Fri, 12-18-2020 $48,850.61 | 2100-004 | | | |
| | | David Lewis | Claims Distribution - Fri, 12-18-2020 $416.13 | 2200-004 | | | |

| | Page Subtotals: | $0.00 | $62,642.77 |
| --- | --- | --- | --- |

# Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 6

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 14-14630   MER | | **Trustee Name:** | David Lewis (260220) | | |
| **Case Name:** | BRUSH CREEK AIRPORT, LLC | | **Bank Name:** | Metropolitan Commercial Bank | | |
| **Taxpayer ID #:** | **-***0865 | | **Account #:** | ******1367 Checking | | |
| **For Period Ending:** | 02/03/2021 | | **Blanket Bond (per case limit):** | $54,420,450.00 | | |
| | | | **Separate Bond (if applicable):** | N/A | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/18/20 | 113 | David Lewis | Combined trustee compensation & expense dividend payments. Voided: check issued on 12/18/2020 | | | -49,266.74 | 454,470.48 |
| | | David Lewis | Claims Distribution - Fri, 12-18-2020<br><br>$48,850.61 | 2100-004 | | | |
| | | David Lewis | Claims Distribution - Fri, 12-18-2020<br><br>$416.13 | 2200-004 | | | |
| 12/18/20 | 114 | United States Trustee | Distribution payment - Dividend paid at 100.00% of $324.20; Claim # 10; Filed: $324.20 Voided on 12/18/2020 | 2950-004 | | 324.20 | 454,146.28 |
| 12/18/20 | 114 | United States Trustee | Distribution payment - Dividend paid at 100.00% of $324.20; Claim # 10; Filed: $324.20 Voided: check issued on 12/18/2020 | 2950-004 | | -324.20 | 454,470.48 |
| 12/18/20 | 115 | SENDER & WASSERMAN | Distribution payment - Dividend paid at 100.00% of $102,951.51; Claim # WARNER; Filed: $102,951.51 Voided on 12/18/2020 | 6210-004 | | 102,951.51 | 351,518.97 |
| 12/18/20 | 115 | SENDER & WASSERMAN | Distribution payment - Dividend paid at 100.00% of $102,951.51; Claim # WARNER; Filed: $102,951.51 Voided: check issued on 12/18/2020 | 6210-004 | | -102,951.51 | 454,470.48 |
| 12/18/20 | 116 | Louise's Tax Prep | Distribution payment - Dividend paid at 100.00% of $10,546.25; Claim # WRIGHT WAY, LLC; Filed: $10,546.25 Voided on 12/18/2020 | 6420-004 | | 10,546.25 | 443,924.23 |
| 12/18/20 | 116 | Louise's Tax Prep | Distribution payment - Dividend paid at 100.00% of $10,546.25; Claim # WRIGHT WAY, LLC; Filed: $10,546.25 Voided: check issued on 12/18/2020 | 6420-004 | | -10,546.25 | 454,470.48 |
| 12/18/20 | 117 | Robinson Waters & O'Dorisio, P.C. Attn: Brian A. Magoon, Esq. | Distribution payment - Dividend paid at 0.71% of $75,254.85; Claim # 3; Filed: $75,254.85 Voided on 12/18/2020 | 7100-004 | | 532.29 | 453,938.19 |
| 12/18/20 | 117 | Robinson Waters & O'Dorisio, P.C. Attn: Brian A. Magoon, Esq. | Distribution payment - Dividend paid at 0.71% of $75,254.85; Claim # 3; Filed: $75,254.85 Voided: check issued on 12/18/2020 | 7100-004 | | -532.29 | 454,470.48 |
| 12/18/20 | 118 | Community Banks of Colorado, a division of NBH Bank N.A. c/o Andrew W. Muller Stinson Leonard Street LLP | Distribution payment - Dividend paid at 0.71% of $4,903,893.04; Claim # 4; Filed: $5,098,447.59 Voided on 12/18/2020 | 7100-004 | | 34,685.75 | 419,784.73 |
| 12/18/20 | 118 | Community Banks of Colorado, a division of NBH Bank N.A. c/o Andrew W. Muller Stinson Leonard Street LLP | Distribution payment - Dividend paid at 0.71% of $4,903,893.04; Claim # 4; Filed: $5,098,447.59 Voided: check issued on 12/18/2020 | 7100-004 | | -34,685.75 | 454,470.48 |
| 12/18/20 | 119 | Gunnison Valley Survey, LLC C/O Reg. Agent Frederick A. Ballard | Distribution payment - Dividend paid at 0.71% of $2,573.75; Claim # 9; Filed: $2,573.75 Voided on 12/18/2020 | 7100-004 | | 18.20 | 454,452.28 |

Page Subtotals:     $0.00     -$49,248.54

## Form 2

### Cash Receipts And Disbursements Record

**Exhibit 9**

Page: 7

| Case No.: | 14-14630   MER | Trustee Name: | David Lewis (260220) |
|---|---|---|---|
| Case Name: | BRUSH CREEK AIRPORT, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0865 | Account #: | ******1367 Checking |
| For Period Ending: | 02/03/2021 | Blanket Bond (per case limit): | $54,420,450.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/18/20 | 119 | Gunnison Valley Survey, LLC C/O Reg. Agent Frederick A. Ballard | Distribution payment - Dividend paid at 0.71% of $2,573.75; Claim # 9; Filed: $2,573.75 Voided: check issued on 12/18/2020 | 7100-004 | | -18.20 | 454,470.48 |
| 12/18/20 | 120 | Elaine Rosenberg Trust c/o Craig Rosenberg | Distribution payment - Dividend paid at 0.71% of $37,498.97; Claim # 11; Filed: $37,498.97 Voided on 12/18/2020 | 7100-004 | | 265.23 | 454,205.25 |
| 12/18/20 | 120 | Elaine Rosenberg Trust c/o Craig Rosenberg | Distribution payment - Dividend paid at 0.71% of $37,498.97; Claim # 11; Filed: $37,498.97 Voided: check issued on 12/18/2020 | 7100-004 | | -265.23 | 454,470.48 |
| 12/21/20 | 121 | Clerk of the Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $700.00; Claim # ADMIN; Filed: $700.00 | 2700-000 | | 700.00 | 453,770.48 |
| 12/21/20 | 122 | David Lewis | Combined trustee compensation & expense dividend payments. | | | 49,266.74 | 404,503.74 |
| | | David Lewis | Claims Distribution - Mon, 12-21-2020<br><br>$48,850.61 | 2100-000 | | | |
| | | David Lewis | Claims Distribution - Mon, 12-21-2020<br><br>$416.13 | 2200-000 | | | |
| 12/21/20 | 123 | United States Trustee | Distribution payment - Dividend paid at 100.00% of $324.20; Claim # 10; Filed: $324.20 | 2950-000 | | 324.20 | 404,179.54 |
| 12/21/20 | 124 | SENDER & WASSERMAN | Distribution payment - Dividend paid at 100.00% of $102,951.51; Claim # WARNER; Filed: $102,951.51 | 6210-000 | | 102,951.51 | 301,228.03 |
| 12/21/20 | 125 | Louise's Tax Prep | Distribution payment - Dividend paid at 100.00% of $10,546.25; Claim # WRIGHT WAY, LLC; Filed: $10,546.25 | 6420-000 | | 10,546.25 | 290,681.78 |
| 12/21/20 | 126 | Robinson Waters & O'Dorisio, P.C. Attn: Brian A. Magoon, Esq. | Distribution payment - Dividend paid at 5.79% of $75,254.85; Claim # 3; Filed: $75,254.85 | 7100-000 | | 4,358.29 | 286,323.49 |
| 12/21/20 | 127 | Community Banks of Colorado, a division of NBH Bank N.A. c/o Andrew W. Muller Stinson Leonard Street LLP | Distribution payment - Dividend paid at 5.79% of $4,903,893.04; Claim # 4; Filed: $5,098,447.59 | 7100-000 | | 284,002.73 | 2,320.76 |
| 12/21/20 | 128 | Gunnison Valley Survey, LLC C/O Reg. Agent Frederick A. Ballard | Distribution payment - Dividend paid at 5.79% of $2,573.75; Claim # 9; Filed: $2,573.75 | 7100-000 | | 149.06 | 2,171.70 |
| 12/21/20 | 129 | Elaine Rosenberg Trust c/o Craig Rosenberg | Distribution payment - Dividend paid at 5.79% of $37,498.97; Claim # 11; Filed: $37,498.97 | 7100-000 | | 2,171.70 | 0.00 |

| | | COLUMN TOTALS | | | 569,100.02 | 569,100.02 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | Less: Bank Transfers/CDs | | | 519,782.02 | 0.00 | |
| | | **Subtotal** | | | **49,318.00** | **569,100.02** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$49,318.00** | **$569,100.02** | |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page:  8

| | | |
|---|---|---|
| **Case No.:** | 14-14630  MER | **Trustee Name:** | David Lewis (260220) |
| **Case Name:** | BRUSH CREEK AIRPORT, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0865 | **Account #:** | ******1367 Checking |
| **For Period Ending:** | 02/03/2021 | **Blanket Bond (per case limit):** | $54,420,450.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $880,142.21 |
| Plus Gross Adjustments: | $31,869.96 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $912,012.17 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5582 Checking Account | $830,824.21 | $311,042.19 | $0.00 |
| ******1367 Checking | $49,318.00 | $569,100.02 | $0.00 |
| | **$880,142.21** | **$880,142.21** | **$0.00** |

| | |
|---|---|
| 02/03/2021 | /s/David Lewis |
| Date | David Lewis |